AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NAUTILUS INSURANCE COMPANY

CASE NUMBER: 1:08-CV-3975

V.

ASSIGNED JUDGE:

VOYTEK CUSTOM BUILT RESIDENCES, INC., 1954-56 N. WILMOT, LLC, BRIGHTON DEVELOPMENT, LLC, SAM LOPEZ, JR., individually and d/b/a LOW COST BUILDERS, INC.

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

VOYTEK CUSTOM BUILT RESIDENCES, INC., c/o registered agent Wojciech Kurtyka, 1920 Calvin Ct., Riverwoods, IL 60015.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Perry M. Shorris, Esq., Bollinger, Ruberry & Garvey, 500 W. Madison Ave., Ste. 2300, Chicago, IL 60661.

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*

----------------------------------
(By) DEPUTY CLERK

July 15, 2008
----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/18/08 |
| NAME OF SERVER (PRINT) ART CONTRERAS | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1920 CALVIN CT., RIVERWOODS IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/19/08
            Date        Signature of Server

            27 N. WACKER DR., CHICAGO, IL
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.