## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number: 08 CV 3975

NAUTILUS INSURANCE COMPANY
v.
VOYTEK CUSTOM BUILT RESIDENCES, INC., 1954-56 N. WILMOT, LLC, BRIGHTON DEVELOPMENT, LLC, SAM LOPEZ, JR., individually and d/b/a LOW COST BUILDERS, ⬛

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, 1954-56 N. WILMOT, LLC and BRIGHTON DEVELOPMENT, LLC

| |
|---|
| NAME (Type or print)<br>ANTHONY G. BARONE |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ ANTHONY G. BARONE |
| FIRM<br>BARONE & JENKINS, P.C. |
| STREET ADDRESS<br>635 Butterfield Rd., Suite 145 |
| CITY/STATE/ZIP<br>Oakbrook Terrace, IL 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>34622 | TELEPHONE NUMBER<br>630/472-0037 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐