UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VOYTEK CUSTOM BUILT RESIDENCES, INC., )<br>1954-56 N. WILMOT, LLC, )<br>BRIGHTON DEVELOPMENT, LLC, )<br>SAM LOPEZ, JR., individually and d/b/a )<br>LOW COST BUILDERS, INC. )<br>)<br>Defendants. )<br>) | Case No.  1:08-CV-3975 |

## REPORT OF PARTIES PLANNING MEETING

1.  **Meeting.** Pursuant to FED. R. CIV. P. 26(f), a telephone conference was held on August 26, 2008 and was attended by: Kevin M. Lougachi for Plaintiff and David Jenkins for Defendants 1954-56 N. Wilmot, LLC and Brighton Development, LLC.

Defendants Voytek Custom Built Residences, Inc. and Sam Lopez, Jr. have not appeared in this case and, therefore, the below schedule is based on the Rule 26(f) meeting between Plaintiff and Defendants 1954-56 N. Wilmot, LLC and Brighton Development, LLC.

2.  **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects:

        i.  All claims and defenses as framed by the parties' pleadings and as may be discovered through the course of this case;

        ii.    Facts and documentation supporting underlying claims and/or defenses in *1954-56 N. Wilmot, LLC and Brighton Development, LLC v. Voytek Custom Built Residences, Inc.*, Case No. 2007 L 002347; and

        iii.    All relevant insurance policies and their respective provisions.

    b.    Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by September 2, 2008. All discovery to be commenced in time to be completed by January 31, 2009.

    c.    The parties expect they will need approximately (4) depositions.

    d.    Reports from retained experts under Rule 26(a)(2) due:

        i.    from plaintiff(s) by March 31, 2009.

        ii.    from defendant(s) by April 30, 2009.

    e.    Parties should be allowed until January 31, 2009 to join additional parties and to amend the pleadings.

    f.    All potentially dispositive motions should be filed by May 31, 2009.

    g.    Final pretrial order: Plaintiff to prepare proposed draft by June 15, 2009; parties to file joint final pretrial order by June 30, 2009.

    h.    The case should be ready for trial by July 1, 2009 and at this time is expected to take approximately 3-4 days.

3.    **Settlement.** The parties are engaged in settlement discussions, although no resolution of this matter has been reached.

4.    **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Date: August 26, 2008

_/s/ David M. Jenkins_
David M. Jenkins
Barone & Jenkins, P.C.
635 Butterfield Rd., Ste. 145
Oakbrook Terr., IL 60181
Tel (630) 472-0037

_/s/ Kevin M. Lougachi_
Kevin M. Lougachi
Bollinger, Ruberry & Garvey
500 W. Madison Ave., Ste. 2300
Chicago, IL 60661
Tel (312) 466-8000